# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff(s),

v.                                     Case No:  8:11-CR-356-T-30EAJ

DERRICK LADELL SPANN,

     Defendant(s).

_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #115). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #115) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2.      Defendant's Motion to Suppress *Miranda* Violation (Dkt. #69) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on October 18, 2011.


JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


<u>**Copies Furnished to**</u>:
Counsel/Parties of Record

F:\Docs\2011\11-cr-356.adopt 115.wpd